**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| DAVID SALINAS      Plaintiff | § § § | |
| VS. | § § | CAUSE NO.: 2:23-CV-247 |
| TRIPLE K TRUCKING, LLC AND KELVIN BROWNLEE      Defendants | § § § § | DEMAND TRIAL BY JURY |

## DEFENDANT TRIPLE K TRUCKING, LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (DIVERSITY)

**TO THE HONORABLE JUDGE OF THIS COURT:**

**NOW COMES TRIPLE K TRUCKING, LLC,** a Defendant in the above styled and numbered cause and removes the above action from the 105th Judicial District Court of Kleberg County, Texas to the United States District Court for the Southern District of Texas, Corpus Christi Division, and files this its Notice of Removal pursuant to 28 U.S.C. § 1441 and 1446 and pursuant to the requirements of 28 U.S.C. § 1332.

1. On June 13, 2023, an action was commenced against Defendants **TRIPLE K TRUCKING, LLC** and **KELVIN BROWNLEE** in the 105th Judicial District Court of Kleberg County, styled *David Salinas vs. Triple K Trucking, LLC and Kelvin Brownlee; Cause No. 23-221-D*. *A copy of that suit is attached hereto as Exhibit 1.*

2. The Secretary of State served (via Certified Mail Return Receipt Requested) **TRIPLE K TRUCKING, LLC** with a copy of the Citation and Plaintiff's Original Petition on September 2, 2023. Defendant Triple K Trucking, LLC timely filed an Answer with the State Court. *A copy of the citation is attached hereto as Exhibit 2.* As of the date of this filing, it is this Defendant's understanding that Defendant **KELVIN BROWNLEE** has

not been served. Defendant **TRIPLE K TRUCKING, LLC** relies on the September 2, 2023, service date for the removal of this case. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendants in this action:

1. Plaintiff's Original Petition;
2. Copy of Citation of Defendant Triple K Trucking, LLC.;
3. Docket Sheet;
4. Defendant Triple K Trucking, LLC's Original Answer;
5. Defendant Triple K Trucking, LLC's Jury Demand.
6. Defendant Triple K Trucking, LLC's Notice of Removal (State Court)

3. Plaintiff has brought a negligence, negligence per se, Respondeat Superior and gross negligence cause of action against Defendants as result of an automobile accident that occurred on September 20, 2022, in Kleberg County, Texas. Specifically, Plaintiff alleges that as he was traveling on Highway 77, he was stuck from the side by Defendant Kelvin Brownlee, who changed lanes when unsafe. Plaintiff further claims that Defendant Brownlee was in the course and scope of his employment with Triple K Trucking, LLC. at the time of the accident.

4. Plaintiff seeks to recover monetary relief from Defendants over $1 million. As such, Defendants submit that the amount in controversy is in excess of $75,000.00 and removal is appropriate pursuant to 28 U.S. § 1441.

5. In his Original Petition, Plaintiff pleads that he is an individual residing in Kleberg County, Texas, as such, a citizen of the State of Texas.

6. Defendant **TRIPLE K TRUCKING LLC** was, at the time this suit was filed, and still is a Mississippi corporation organized and existing under the laws of the State of Mississippi. Its principal place of business is 388 Turner Industrial Park Rd., Saltillo, MS.

7. Defendant **KELVIN BROWNLEE** was, at the time this suit was filed, and still is a resident of Mississippi.

8. This case is a civil action of which this court has diversity jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441 and 1446. This is a civil action in which Plaintiff's state citizenship, in his pleadings, is different from that of the Defendants. Thus, there is complete diversity between the true parties in interest. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

9. A copy of the Notice of Removal filed in the state court is *attached hereto as Exhibit 6.*

10. Copies of all pleadings, process, orders and other filings in the state court are attached to this notice as required by 28 U.S.C. § 1446.

11. Venue is proper in this district under 28 U.S.C. § 1441 because the state court where the suit has been pending is located in this district and within this division.

12. Defendant **TRIPLE K TRUCKING, LLC** will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

13. Defendant **TRIPLE K TRUCKING, LLC** demanded a jury in the state court suit.

14. For the foregoing reasons, Defendant **TRIPLE K TRUCKING, LLC** requests the Court to remove the suit to The United States District Court, Southern District of Texas, Corpus Christi Division.

Respectfully submitted,

**THORNTON, BIECHLIN,
REYNOLDS & GUERRA, L.C.**
418 East Dove Avenue
McAllen, Texas 78504-2240
Tel. (956) 630-3080
Fax (956) 630-0189

**/S/** *Ricardo D. Villanueva*
**RICARDO D. VILLANUEVA**
State Bar No. 00792896
E-mail: rvillanueva@thorntonfirm.com
**ATTORNEY FOR DEFENDANT
TRIPLE K TRUCKING, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of September 2023, I have caused a true and correct copy of the foregoing instrument to be delivered to the following attorneys of record via facsimile and/or via electronic mail:

**VIA E-MAIL**

Stephen Bechtol
State Bar No. 24078215
**THE LAW OFFICES OF THOMAS J. HENRY**
521 Starr Street
Corpus Christi, Texas 78401
Tel.: (361) 985-0600
Fax: (361) 985-0601
Email: sbechtol-svc@tjhlaw.com
**ATTORNEYS FOR PLAINTIFF**

*Ricardo D. Villanueva*
**RICARDO D. VILLANUEVA**